UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN ANDRES VELAZQUEZ MARTINEZ

    Plaintiff,

v.                                    Case No.: 2:20-cv-00438-JLB-NPM

TRANS UNION LLC, and RENT-A-CENTER, INC.,

    Defendants.
_____/

## ORDER

The parties have filed a joint stipulation to arbitrate and stay the action. (Doc. 13.) After reviewing the arbitration agreement, (Doc. 12-1, Ex. 2), the Court is satisfied that Plaintiff's claims are subject to arbitration.

Accordingly, it is **ORDERED**:

1. The parties shall proceed to arbitration. This case is **STAYED**, and the Clerk is **DIRECTED** to administratively close the file. The Court retains jurisdiction to adjudicate any necessary post-arbitration motions.

2. The parties shall file a joint report **no later than December 1, 2020 and every ninety days thereafter** advising the Court of the progress of the arbitration.

**ORDERED** in Fort Myers, Florida, on September 2, 2020.

*/s/ John L. Badalamenti*

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**