UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN ANDRES VELAZQUEZ MARTINEZ,

    Plaintiff,

v.                                        Case No:   2:20-cv-438-JLB-NPM

TRANS UNION, LLC and RENT-A-CENTER, INC.,

    Defendants.

## ORDER

Plaintiff and Defendant, Rent-A-Center, Inc. have filed a Stipulation of Dismissal with prejudice.  (Doc. 20.)  The stipulation is self-executing.  Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Anago Franchising, Inc. v. Shaz</u>, 677 F.3d 1272, 1278 (11th Cir. 2012).  Accordingly, the Clerk is **DIRECTED** to close the file.[1]

**ORDERED** at Fort Myers, Florida, on June 21, 2021.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

---

[1] The Court previously dismissed Plaintiff's claims against the only other named Defendant, Trans Union, LLC.  (Docs. 7, 10.)